IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Armen Janian - #102747

/

No. C 14-80003 WHA

**ORDER OF SUSPENSION**

    Because Armen Janian has failed to respond to the order to show cause, Mr. Janian's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: March 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE